No. 80–1113.   ATHANASIOU ET AL. *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 80–1117.   CASTILLO *v.* FORSHT, UNITED STATES MARSHAL.   C. A. 5th Cir.   Certiorari denied.

No. 80–1131.   VIARS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 80–1133.   FINGER *v.* JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 80–1141.   ESTATE OF CADY *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.

No. 80–1143.   MATSIS *v.* MATSIS.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 80–1144.   GUTIERREZ *v.* BOSTON OLD COLONY INSURANCE Co.   Sup. Ct. Fla.   Certiorari denied.

No. 80–1150.   SMITH *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 80–1157.   SANDATE ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 80–1174.   SOO LINE RAILROAD Co. *v.* TOWN OF EAST TROY.   C. A. 7th Cir.   Certiorari denied.

No. 80–1175.   MARTINEZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.